# MINUTES

CASE NUMBER:      CV 17-00168LEK-KSC

CASE NAME:        Randal ChunFat vs. Target Corporation, et al.

ATTYS FOR PLA:    Lunsford D. Phillips

ATTYS FOR DEFT:   Dawn T. Sugihara

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:   FTR C7

DATE:     05/16/2018                 TIME:       11:00 - 11:43

COURT ACTION:  EP: Further Settlement Conference -

Parties have reached a settlement.

11:41 a.m. - Ms. Sugihara stated the essential terms of the settlement UNDER SEAL.

Based upon representations by counsel, the Court finds that the essential terms of a valid and binding settlement agreement have been stated. The deadline for filing of the Dismissal is 7/17/18. If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

Court Orders that this record be placed under SEAL.

Final Pretrial Conference set for 6/19/18 @ 9:00 a.m. before Magistrate Judge Chang and Jury Selection/Trial set for 7/31/18 @ 9:00 a.m. before Judge Kobayashi are vacated.

Submitted by: Toni Fujinaga, Courtroom Manager.