FARM BENEDICT SUGIHARA
A Limited Liability Law Partnership LLP

| | |
|---|---|
| THOMAS BENEDICT | 5018-0 |
| tbenedict@fbslawyers.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@fbslawyers.com | |

Bishop Street Tower, Suite 1601
Topa Financial Center
700 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 451-3180

Attorneys for Defendants
TARGET CORPORATION and
TARGET ENTERPRISE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDAL CHUNFAT,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TARGET CORPORATION and TARGET ENTERPRISE, INC.,<br><br>                    Defendants. | CIVIL NO. 17-00168 LEK-KSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS TARGET CORPORATION AND TARGET ENTERPRISE, INC.** |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL OF
PLAINTIFF'S CLAIMS AGAINST DEFENDANTS TARGET
CORPORATION AND TARGET ENTERPRISE, INC.

IT IS HEREBY STIPULATED by and between Plaintiff RANDAL

CHUNFAT ("Plaintiff") and Defendants TARGET CORPORATION and

TARGET ENTERPRISE, INC. ("Defendants"), by and through their undersigned counsel, and pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, that any and all claims and causes of action stated in Plaintiff's Complaint filed on April 13, 2017 against Defendants are hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, July 6, 2018.

/s/ Lunsford Dole Phillip
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
RANDAL CHUNFAT

/s/ Dawn T. Sugihara
THOMAS BENEDICT
DAWN T. SUGIHARA
Attorneys for Defendants
TARGET CORPORATION and TARGET ENTERPRISES, INC.

APPROVED AND SO ORDERED:



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Randal Chunfat v. Target Corporation, et al.,* Civil No. 17-00168 LEK-KSC, United States District Court for the District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS TARGET CORPORATION AND TARGET ENTERPRISE, INC.